US Bankruptcy Court
215 Dean A McGee
Oklahoma City, OK 73102

Re: Case # BK 10-16682-NLJ

Please changing the mailing address of:    Tom Knott
6925 Avondale Ct
Nichols Hills, OK 73116

Change to:    Tom Knott
6337 Glenbrook Ct
Oklahoma City, OK 73116

Thank you

**FILED**

MAR 20 2013

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____, DEPUTY