

**Dated: April 5, 2013, 03:18 PM**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:                                        )
                                              )
MACCO PROPERTIES, INC., et al[1]              )          BK 10-16682-NLJ
                                              )          Chapter 11
        Debtor,                               )          Jointly Administered

ORDER APPROVING TRUSTEE'S MOTION TO SELL MEMBERSHIP
INTERESTS IN SEP RIVERPARK PLAZA, LLC AND
JU VILLA DEL MAR APARTMENTS, LLC,
<u>PURSUANT TO 11 U.S.C. § 363(b)</u>

On the 5th day of April, 2013, the above matter came on for consideration upon the

Trustee's Motion to Sell Membership Interests in SEP Riverpark Plaza, LLC and Ju Villa

Del Mar Apartments, LLC, pursuant to 11 U.S.C. § 363(b) filed on March 14, 2013,

("Trustee's Motion"), [ECF Doc. #1540], and Notice of Hearing ("Notice"), of said Trustee's

Motion filed March 14, 2013, [ECF Doc. $1541].  It appears, based on representations of

counsel, the last day for filing objections/responses to the Trustee's Motion, as required

---

[1] The affiliated Debtors are Macco Properties, Inc.;  NV Brooks Apartments, LLC (10-16503); JU Villa Del Mar Apartments, LLC (10-16842); and SEP Riverpark Plaza, LLC (10-16832).

by the Notice, being April 4, 2013, has expired with no objections/responses having been served or filed.

It further appears, based on representations of counsel, the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that adequate, due and proper Notice of the Trustee's Motion has been given under the circumstances and the Trustee's Motion to approve the sale of all of the Membership Interests owned by Macco Properties, Inc. In SEP Riverpark Plaza, LLC and JU Villa Del Mar Apartments, LLC, should be granted on the terms and conditions contained in the Purchase Agreement attached at Exhibit "1" to the Trustee's Motion ("Purchase Agreement").

IT IS THEREFORE ORDERED, that the Trustee's Motion filed on March 14, 2013, [ECF Doc. #1540], is hereby granted and the Purchase Agreement is hereby approved.

IT IS FURTHER ORDERED, that pursuant to Fed. R. Bankr. P. 6004(h) this Order is effective immediately and shall not be subject to the fourteen (14) day stay otherwise applicable to the use, sale or lease of property under 11 U.S.C. § 363.

IT IS SO ORDERED.

###

APPROVED FOR ENTRY:


*/s/ Janice D. Loyd*
JANICE D. LOYD, OBA #11910
JAMES H. BELLINGHAM, OBA #0682
CHRISTOPHER T. STEIN, OBA #18844
BELLINGHAM & LOYD, P.C.
620 North Robinson, Suite 207
Oklahoma City, OK 73102-6217
(405)235-9371    (405)232-1003(FAX)
jdltrustee@bellinghamloyd.com
jbellingham@bellinghamloyd.com
steinlawfirm@hotmail.com
ATTORNEYS FOR MICHAEL E. DEEBA,
CHAPTER 11 TRUSTEE OF
MACCO PROPERTIES, INC.