IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| MACCO PROPERTIES, INC., et al[1] ) | Case No. 10-16682-NLJ |
| ) | Chapter 7 |
| Debtor. ) | Jointly Administered |
| ) | |

## AMENDED WITNESS AND EXHIBIT LIST

Pursuant to Local Rule 9014-1, Trustee Michael E. Deeba, Trustee ("Trustee") hereby designates the following witnesses and exhibits for use in connection with the Objection to Application to Employ Crowe & Dunlevy as Attorneys for Trustee [Dkt. No. 2271]; Motion to Reconsider Order on Motion to Employ Crowe & Dunlevy as Attorneys for Trustee [Dkt. No. 2273); and related pleadings [Dkt. Nos. 2256, 2257, 2287, 2288, and 2299] to be conducted on January 15, 2015 at 10:00 a.m. at the Sixth Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK (the "Hearing").  This amendment is being filed to correct the title and erroneous docket number previously listed for Exhibit 6.

## WITNESSES

Trustee may call any one or more of the following witnesses at the Hearing:

| No. | Name |
|---|---|
| 1. | Michael E. Deeba, Trustee |
| 2. | Judy Hamilton Morse |
| 3. | All witnesses listed by Jennifer Price and Lew McGinnis, whether or not called to testify at the Hearing, and not otherwise objected to by Trustee |
| 4. | Trustee reserves the right to amend and supplement this witness list. |

---

[1] The affiliated Debtors are Macco Properties, Inc. and NV Brooks Apartments, LLC (the "Affiliated Debtors") (10-16503).

## EXHIBITS

Trustee may use one or more of the following exhibits at the Hearing:

| No. | Description |
|---|---|
| 1. | Application to Employ Crowe & Dunlevy, PC as Attorneys for Trustee and Affidavit of disinterestedness and Disclosure Statement of Crowe & Dunlevy, PC [Dkt. No. 2256] |
| 2. | Order Granting Application to Employ Crowe & Dunlevy [Dkt. No. 2257] |
| 3. | Response to Objection to Application to Employ Crowe & Dunlevy, PC [Dkt. No. 2288] |
| 4. | Response to Motion to Reconsider Order Granting Application to Employ Crowe & Dunlevy, PC [Dkt. No. 2287] |
| 5. | Amended Affidavit of Disinterestedness and Disclosure Statement of Crowe & Dunlevy, PC [Dkt. No. 2299] |
| 6. | Amended Complaint filed by Jennifer Price and Lew McGinnis in *Price v. Deeba, et al.* in Case No. CIV-14-0319-D in the United States District Court for the Western District of Oklahoma [Dkt. No. 18] |
| 8. | Any exhibit listed by Jennifer Price and Lew McGinnis to which Trustee has no objection. |
| 9. | Rebuttal exhibits. |
| 10. | Trustee reserves the right to amend and supplement this exhibit list. |

## ESTIMATED LENGTH OF TIME TO PRESENT EVIDENCE AND ARGUMENT

Trustee estimates that he will require no more than 1 hour to present evidence and argument at the Hearing.

## RESERVATION OF RIGHTS

The foregoing witness and exhibit list is being submitted based on information reasonably available to Trustee at this time and without waving any objection as to relevance, materiality, or admissibility of evidence in this case. Trustee reserves the right at any time to revise, correct, supplement or clarify this witness and exhibit list.

Dated: January 8, 2015

Respectfully submitted,

s/ *Judy Hamilton Morse*
Judy Hamilton Morse, OBA #6450
Lysbeth L. George, OBA #30562
CROWE & DUNLEVY, PC
Braniff Building
324 N. Robinson, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
judy.morse@crowedunlevy.com
lysbeth.george@crowedunlevy.com

**ATTORNEYS FOR TRUSTEE, MICHAEL E. DEEBA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2015, a true and correct copy of the above and foregoing document was electronically served to those parties receiving electronic notice using the CM/ECF System in this case.

*s/Judy Hamilton Morse*
Judy Hamilton Morse