UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE<br><br>MACCO PROPERTIES, INC.<br><br>NV BROOKS APARTMENTS, LLC,<br><br>    Debtors. | BAP No.     WO-15-036 |
| JENNIFER PRICE and,<br>LEW MCGINNIS,<br><br>    Appellants,<br><br>v.<br><br>MICHAEL E. DEEBA<br><br>    Appellee. | Bankr. No.   10-16682-R<br><br>Bank. No.    10-16502-R<br><br>  Chapter     7<br>  (Jointly Administered) |

**Designation of Items to be Included in the Record on Appeal**

Jennifer Price and Lew McGinnis ("Appellants"), pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designate the following items to be included in the record on appeal:

| Docket No. | Date Filed | Description |
|---|---|---|
| | | Docket Sheet for Case no. 10-16682-R |
| | | Exhibits entered at Hearings held on November 3, 4, 5, 6 and 7, 2014 |
| | | Exhibits entered at Hearings held on January 20, 21, 22, 26 and 27, 2015 |
| 1935 | 1/8/14 | Final Application to Compensate for Bellingham & Loyd, P.C., Attorney, Fee: $76,585.00, Expenses: $2,048.85. for Services Rendered in Chapter 11 Proceedings with Certificate of Service With Notice and Opportunity for Hearing Filed by Janice D. Loyd (Attachments: # 1 Exhibit A: Fee Recapitulation and Summary Sheet # 2 Exhibit B: Project Summary # 3 Exhibit C: Statement of Services and Expenses) (Loyd, Janice) (Entered: 01/08/2014) |

Designation of Items to be Included in the Record on Appeal
Page 1

| Docket No. | Date Filed | Description |
|---|---|---|
| 1956 | 1/27/14 | Final Application to Compensate for Michael E. Deeba, Accountant, Fee: $11,902.00, Expenses: $23.47. for Chapter 11 Services with Certificate of Service With Notice and Opportunity for Hearing Filed by Janice D. Loyd (Attachments: # 1 Exhibit Statement of Services and Expenses) (Loyd, Janice) (Entered: 01/27/2014) |
| 1963 | 1/29/14 | Objection to (related document(s): 1935 Motion/Application for Compensation filed by Attorney Bellingham & Loyd, P.C.) . Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price with Brief in Support with Certificate of Service (Attachments: # 1 Exhibit) (Lindauer, Joyce) (Entered: 01/29/2014) |
| 1967 | 1/31/14 | Final Application to Compensate for Michael E. Deeba, Trustee, Fee: $82,145.74, Expenses: $0.00. With Reservation of Right to Seek the Full Statutory Computation of Compensation in the amount of $623,068.36 with Certificate of Service With Notice and Opportunity for Hearing Filed by Janice D. Loyd (Attachments: # 1 Exhibit A: Fee Recapitulation and Summary Sheet # 2 Exhibit B: Computation of Compensation - Disbursement Analysis # 3 Exhibit C: Statement of Services for July 1, 2013 through December 16, 2013 # 4 Exhibit D: Statement of Services for July 2, 2011 through July 16, 2013) (Loyd, Janice) (Entered: 01/31/2014) |
| 1983 | 2/17/14 | Objection to (related document(s): 1956 Motion/Application for Compensation filed by Accountant Michael E. Deeba) /Objection of Jennifer Price to Application of Compensation and Reimbursement of Expenses of Financial Consultant and Accountant for Chapter 11 Trustee and Notice and Opportunity for Hearing. Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price (Lindauer, Joyce) (Entered: 02/17/2014) |
| 1984 | 2/17/14 | Objection to (related document(s): 1958 Motion/Application for Compensation filed by Creditor Committee Official Unsecured Creditors' Committee) /Objection of Jennifer Price to Fourth and Final Application of Attorney for Official Unsecured Creditors' Committee for Final Allowance of Compensation and Notice of Opportunity for Hearing. Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price (Lindauer, Joyce) (Entered: 02/17/2014) |
| 1991 | 2/20/14 | Objection to (related document(s): 1967 Motion/Application for Compensation filed by Accountant Michael E. Deeba, Trustee Michael E. Deeba) . Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price (Lindauer, Joyce) (Entered: 02/20/2014) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2026 | 4/10/14 | Supplemental Application to Compensate for Bellingham & Loyd, P.C., Attorney, Fee: $51,415.00, Expenses: $958.73. Supplemental Invoice with Certificate of Service Filed by Janice D. Loyd (Attachments: # 1 Exhibit Supplemental Statement of Services and Expenses) (Loyd, Janice) (Entered: 04/10/2014) |
| 2028 | 4/11/14 | Supplemental Application to Compensate for Michael E. Deeba, Accountant, Fee: $8,402.50, Expenses: $0.00. Supplemental Invoice with Certificate of Service Filed by Janice D. Loyd (Attachments: # 1 Exhibit Supplemental Invoice) (Loyd, Janice) (Entered: 04/11/2014) |
| 2029 | 4/11/14 | Supplemental Application to Compensate for Michael E. Deeba, Trustee, Fee: $25,065.00, Expenses: $0.00. Supplental Invoice with Certificate of Service Filed by Janice D. Loyd Attachments: # 1 Exhibit Supplemental Invoice) (Loyd, Janice) (Entered: 04/11/2014) |
| 2063 | 5/2/14 | Order Continuing Hearing On Fee Applications of Trustee and Accountant (Related Doc #1956 and 1967). The May 5, 2014 hearing on the Applications of Trustee and Accountant are hereby continued, to be reset if necessary after resolution of pending matters in the District Court. Signed by Judge Jackson cc: ECF Filers, Debtor service by jd date: 5/2/2014. (jdon, ca) (Entered: 05/02/2014) |
| 2087 | 6/25/14 | Order to Strike Hearing on Motion for Withdrawal of Reference Docket Entry 2061. The hearing set for 7/11/2014 is stricken. Signed by Judge Jackson cc: Matrix service by jd date: 6/25/2014. (jdon, ca) (Entered: 06/25/2014) |
| 2090 | 6/30/14 | Response to (related document(s): 2088 Objection filed by Accountant Michael E. Deeba, Trustee Michael E. Deeba) . Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price with Certificate of Service (Lindauer, Joyce) (Entered: 06/30/2014) |
| 2091 | 7/7/14 | Response to (related document(s): 2081 Motion for Miscellaneous Relief filed by Interested Party Lew S. McGinnis, Interested Party Jennifer Price) . Filed by James H. Bellingham on behalf of Michael E. Deeba with Certificate of Service (Bellingham, James) (Entered: 07/07/2014) |
| 2174 | 10/15/14 | Motion to Compensate for Bellingham & Loyd, P.C., Attorney, Fee: $29,825.00, Expenses: $1,115.74. as Counsel for Chapter 7 Trustee with Certificate of Service With Notice and Opportunity for Hearing Filed by Janice D. Loyd (Attachments: # 1 Exhibit Project Summary # 2 Exhibit Statement of Services and Expenses) (Loyd, Janice) (Entered: 10/15/2014) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2175 | 10/15/14 | Amended Motion to Compensate for Bellingham & Loyd, P.C., Attorney, Fee: $29,825.00, Expenses: $1,115.74. as Counsel for Chapter 7 Trustee with Certificate of Service With Notice and Opportunity for Hearing Filed by Janice D. Loyd (Attachments: # 1 Exhibit Project.Summary # 2 Exhibit Statement of Services and Expenses) (Loyd, Janice) (Entered: 10/15/2014) |
| 2177 | 10/22/14 | Supplemental Motion to Compensate for Bellingham & Loyd, P.C., Attorney, Fee: $68,475.00, Expenses: $1,321.05. with Certificate of Service Filed by Janice D. Loyd (Attachments: # 1 Exhibit Statement of Services and Expenses) (Loyd, Janice) (Entered: 10/22/2014) |
| 2178 | 10/23/14 | Brief/Memorandum In Support with Certificate of Service Trial Brief for Hearing set November 3, 2014 Filed by James H. Bellingham on behalf of Bellingham & Loyd, P.C. (RE: related document(s) 1935 Motion/Application for Compensation, 2026 Motion/Application for Compensation, 2177 Motion/Application for Compensation). (Bellingham, James) (Entered: 10/23/2014) |
| 2181 | 10/30/14 | Objection to (related document(s): 2026 Motion/Application for Compensation filed by Attorney Bellingham & Loyd, P.C.) . Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price with Certificate of Service (Lindauer, Joyce) (Entered: 10/30/2014) |
| 2184 | 10/30/14 | Objection to (related document(s): 2177 Motion/Application for Compensation filed by Attorney Bellingham & Loyd, P.C.) . Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price with Certificate of Service (Lindauer, Joyce) (Entered: 10/30/2014) |
| 2236 | 11/17/14 | Transcript regarding Hearing held 11/3/2014 re: Application of Counsel for Chapter 11 Trustee Final Compensation and Reimbursement of Expenses. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2216 Virtual Minute Entry) (Sewell, Sheila) (Entered: 11/17/2014) |
| 2238 | 11/17/14 | Transcript regarding Hearing held 11/4/2014 re: Application of Counsel for Chapter 11 Trustee Final Compensation and Reimbursement of Expenses. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2217 Virtual Minute Entry) (Sewell, Sheila) (Entered: 11/17/2014) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2240 | 11/17/14 | Transcript regarding Hearing held 11/5/2014 re: Application of Counsel for Chapter 11 Trustee Final Compensation and Reimbursement of Expenses. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2218 Virtual Minute Entry) (Sewell, Sheila) (Entered: 11/17/2014) |
| 2242 | 11/17/14 | Transcript regarding Hearing held 11/6/2014 and 11/7/2014 re: Application of Counsel for Chapter 11 Trustee Final Compensation and Reimbursement of Expenses. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2219 Virtual Minute Entry, 2228 Virtual Minute Entry) (Sewell, Sheila) Modified on 11/17/2014 to add second hearing date (Sewell, Sheila). (Entered: 11/17/2014) |
| 2270 | 12/1/14 | Supplemental Application to Compensate for Michael E. Deeba, Trustee, Fee: $98,845.00, Expenses: $20,028.36. with Certificate of Service Filed by Judy Hamilton Morse (Morse, Judy) (Entered: 12/01/2014) |
| 2315 | 1/7/15 | Objection to (related document(s): 2270 Motion/Application for Compensation filed by Accountant Michael E. Deeba, Trustee Michael E. Deeba) . Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price with Certificate of Service (Lindauer, Joyce) (Entered: 01/07/2015) |
| 2319 | 1/9/15 | Objection to (related document(s): 2294 Motion/Application for Compensation filed by Accountant Michael E. Deeba, Trustee Michael E. Deeba) . Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price with Certificate of Service (Lindauer, Joyce) (Entered: 01/09/2015) |
| 2342 | 1/25/15 | Supplemental Application Supplemental to Application of Chapter 11 Trustee for Approval of Final Fees for Chapter 11 Trustee [related to Dkt. No. 1967] with Certificate of Service Filed by Judy Hamilton Morse of Crowe & Dunlevy, P.C. on behalf of Michael E. Deeba (Attachments: # 1 Exhibit 1. Summary of Fee Applications # 2 Exhibit 2. Trustee's Report of Sale # 3 Exhibit 3. Seller's Closing Statement # 4 Exhibit 4. Trustee's Report of Sale) (Morse, Judy) (Entered: 01/25/2015) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2346 | 1/29/15 | Transcript regarding Hearing held 1/20/2015 re: Motion/Application for Compensation by Bellingham & Loyd, PC; Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Motion/Application for Compensation by Chapter 11 Trustee Michael E. Deeba; Supplemental Invoice to Application for Compensation by Bellingham & Loyd, PC; Supplemental Invoice to Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Supplemental Invoice to Motion/Application for Compensation by Chapter Trustee 11 Michael E. Deeba;. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2336 Minute Entry) (Sewell, Sheila) (Entered: 01/29/2015) |
| 2347 | 1/29/15 | Transcript regarding Hearing held 1/21/2015 re: Motion/Application for Compensation by Bellingham & Loyd, PC; Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Motion/Application for Compensation by Chapter 11 Trustee Michael E. Deeba; Supplemental Invoice to Application for Compensation by Bellingham & Loyd, PC; Supplemental Invoice to Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Supplemental Invoice to Motion/Application for Compensation by Chapter Trustee 11 Michael E. Deeba;. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2336 Minute Entry) (Sewell, Sheila) (Entered: 01/29/2015) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2348 | 1/29/15 | Transcript regarding Hearing held 1/22/2015 re: Motion/Application for Compensation by Bellingham & Loyd, PC; Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Motion/Application for Compensation by Chapter 11 Trustee Michael E. Deeba; Supplemental Invoice to Application for Compensation by Bellingham & Loyd, PC; Supplemental Invoice to Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Supplemental Invoice to Motion/Application for Compensation by Chapter Trustee 11 Michael E. Deeba;. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2336 Minute Entry) (Sewell, Sheila) (Entered: 01/29/2015) |
| 2352 | 1/30/15 | Amended Supplement to Application of Chapter 11 Trustee for Approval of Final Fees for Chapter 11 Trustee - Amended to Remove Blank Page with Certificate of Service. Filing was Authorized. Filed by Judy Hamilton Morse of Crowe & Dunlevy, P.C. on behalf of Michael E. Deeba (RE: related document(s)1967 Motion/Application for Compensation). (Attachments: # 1 Exhibit 1. Summary of Fee Applications # 2 Exhibit 2. Trustee's Report of Sale # 3 Exhibit 3. Seller's Closing Statement # 4 Exhibit 4. Trustee's Report of Sale) (Morse, Judy) (Entered: 01/30/2015) |
| 2357 | 2/2/15 | Motion To Strike Document (related documents 2342 Motion for Miscellaneous Relief)  with Certificate of Service With Notice and Opportunity for Hearing Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price (Lindauer, Joyce) (Entered: 02/02/2015) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2358 | 2/2/15 | Transcript regarding Hearing held 1/26/2015 re: Motion/Application for Compensation by Bellingham and Loyd, PC; Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Motion/Application for Compensation by Chapter 11 Trustee Michael E. Deeba; Supplemental Invoice to Application for Compensation by Bellingham and Loyd, PC; Supplemental Invoice to Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Supplemental Invoice to Motion/Application for Compensation by Chapter Trustee 11 Michael E. Deeba; Motion/Application for Compensation by Bellingham & Loyd, PC; Second Supplemental Invoice to Motion/Application for Compensation by Bellingham & Loyd, PC; Second Supplemental Invoice to Application for Compensation by Chapter 11 Trustee Michael E. Deeba. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2344 Minute Entry) (Sewell, Sheila) (Entered: 02/02/2015) |
| 2360 | 2/2/15 | Transcript regarding Hearing held 1/27/2015 re: Motion/Application for Compensation by Bellingham and Loyd, PC; Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Motion/Application for Compensation by Chapter 11 Trustee Michael E. Deeba; Supplemental Invoice to Application for Compensation by Bellingham and Loyd, PC; Supplemental Invoice to Motion/Application for Compensation by Accountant Michael E. Deeba, PLLC; Supplemental Invoice to Motion/Application for Compensation by Chapter Trustee 11 Michael E. Deeba; Motion/Application for Compensation by Bellingham and Loyd, PC; Second Supplemental Invoice to Motion/Application for Compensation by Bellingham and Loyd, PC; Second Supplemental Invoice to Application for Compensation by Chapter 11 Trustee Michael E. Deeba. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Parties have 7 days to file a Notice of Intent to Request Redaction and 21 days to file a Redaction Request. Transcript will be restricted for 90 days. For more information about how to contact the transcriber, call the Clerk's Office, 405-609-5700. The transcriptionist may be contacted at jeanne@mbo.net. (RE: related document(s) 2344 Minute Entry) (Sewell, Sheila) (Entered: 02/02/2015) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2371 | 2/9/15 | Response to (related document(s): 2357 Motion To Strike Document filed by Interested Party Lew S. McGinnis, Interested Party Jennifer Price) Response to Motion to Strike Supplement to Application of Chapter 11 Trustee for Approval of Final Fees for Chapter 11 Trustee. Filed by Judy Hamilton Morse of Crowe & Dunlevy, P.C. on behalf of Michael E. Deeba with Certificate of Service (Morse, Judy) (Entered: 02/09/2015) |
| 2372 | 2/9/15 | Closing Argument Of the United States Trustee Filing was Authorized. Filed by Charles S. Glidewell of United States Trustee on behalf of U.S. Trustee (RE: related document(s)2370 Order on Motion to Extend/Reduce Time). (Glidewell, Charles) (Entered: 02/09/2015) |
| 2373 | 2/9/15 | Closing Argument of Bellingham & Loyd, P.C. with Certificate of Service. Filing was Authorized. Filed by Christopher T Stein on behalf of Bellingham & Loyd, P.C. (RE: related document(s)2370 Order on Motion to Extend/Reduce Time). (Stein, Christopher) (Entered: 02/09/2015) |
| 2374 | 2/9/15 | Closing Argument of Chapter 11 Trustee and MEDPLLC with Certificate of Service. Filing was Authorized. Filed by Judy Hamilton Morse of Crowe & Dunlevy, P.C. on behalf of Michael E. Deeba (RE: related document(s)2370 Order on Motion to Extend/Reduce Time). (Morse, Judy) (Entered: 02/09/2015) |
| 2375 | 2/9/15 | Respondents' Post-Trial Brief with Certificate of Service. Filing was Authorized. Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price (RE: related document(s)2370 Order on Motion to Extend/Reduce Time). (Lindauer, Joyce) (Entered: 02/09/2015) |
| 2382 | 2/19/15 | Motion /Request to File Reply to Closing Arguments with Certificate of Service With Notice and Opportunity for Hearing Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price (Attachments: # 1 Proposed Order) (Lindauer, Joyce) (Entered: 02/19/2015) |
| 2390 | 7/6/15 | Brief/Memorandum In Support with Certificate of Service /Supplemental Respondents' Post-Trial Brief Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price (RE: related document(s) 2375 Generic Document). (Lindauer, Joyce) (Entered: 07/06/2015) |
| 2395 | 8/3/15 | Motion To Strike Document (related documents 2393 Response) With Certificate of Service, With Notice and Opportunity for Hearing, Filed by Joyce W. Lindauer on behalf of Lew S. McGinnis, Jennifer Price (Lindauer, Joyce) (Entered: 08/03/2015) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2409 | 9/10/15 | Order Denying Motion to Strike Document (Related Doc # 2357) Motion sought to Strike Supplement to Application of Chapter 11 Trustee for Approval of Final Fees for Chapter 11 Trustee as amended. Docket entries 2342 and 2352 Signed by Judge DANA L. RASURE. Time signed: 8:54 cc: Attorneys Service by NEF Date: 9/10/2015 (Sewell, Sheila) (Entered: 09/10/2015) |
| 2410 | 9/10/15 | Memorandum Opinion Order on Applications for Compensation and Expenses for Counsel, Trustee, and Financial Consultant and Accountant for Trustee filed as Docket Entries 1935, 2026, 2177, 1967, 2029, 2270, 2342, 2352, 1956, 2028 Signed by Judge DANA L. RASURE. Time signed: 14:21 cc: Attorneys Service by NEF Date: 9/10/2015 (Sewell, Sheila) (Entered: 09/10/2015) |
| 2411 | 9/10/15 | Judgment for Michael D. Deeba Against Jennifer Price. BKOB # 15-058 The Application for Approval of Final Fees for Chapter 11 Trustee, Docket Entry 1967 as supplemented by Docket Entries 2029, 2270, 2342, and 2352 is granted. Michael D. Deeba is awarded compensation in the final amount of $1,487,910.00 of which he has been paid $739,522.78 and is awarded reimbursement of unpaid expenses in the amount of $20,028.36, resulting in a final allowed Chapter 11 administrative expense claim in the amount of $768,415.58. Judgment entered on all claims asserted. Signed by Judge DANA L. RASURE. Time signed: 14:43 cc: Attorneys Service by NEF Date: 9/10/2015 (Sewell, Sheila) (Entered: 09/10/2015) |
| 2412 | 9/10/15 | **Judgment for Bellingham & Loyd, PC Against Jennifer Price. BKOB # 15-059 The Application of Counsel for Chapter 11 Trustee for Allowance of Final Compensation and Reimbursement of Expenses, Docket Entry 1935 as supplemented by Docket Entries 2026 and 2177 is granted. Bellingham & Loyd PC is awarded fees for services rendered in the final amount of $916,467.50 of which $697,917.50 has been paid and is awarded reimbursement of unpaid expenses in the amount of $4,328.63, resulting in a final allowed Chapter 11 administrative expense claim in the amount of $222,878.63. Judgment entered on all claims asserted.** Signed by Judge DANA L. RASURE. Time signed: 14:43 cc: Attorneys and Limited Notice Parties Service by SS Date: 9/10/2015 (Sewell, Sheila) (Entered: 09/10/2015) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2413 | 9/10/15 | **Judgment for Michael E. Deeba PLLC Against Jennifer Price. BKOB # 15-060 The Application for Approval of Final Compensation and Reimbursement of Expenses of Financial Consultant and Accountant for Chapter 11 Trustee Docket Entry 1956 filed by Michael E. Deeba, PLLC as supplemented by Docket Entry 2028 is granted. Michael D. Deeba, PLLC is awarded compensation for all services rendered to Trustee as Chapter 11 accountant and financial consultant in the final amount of $317,466.72 of which $297,138.75 has been paid, resulting in a final allowed Chapter 11 administrative claim in the amount of $20,327.97. Judgment entered on all claims asserted.** Signed by Judge DANA L. RASURE. Time signed: 14:44 cc: Attorneys and Limited Notice Parties Service by SS Date: 9/10/2015 (Sewell, Sheila) (Entered: 09/10/2015) |
| 2419 | 9/16/15 | **Judgment for Bellingham & Loyd, P.C. Against Lew McGinnis. BKOB # 15-061** Signed by Judge DANA L. RASURE. Time signed: 14:25 cc: Attorneys Service by NEF Date: 9/16/2015 (Sewell, Sheila) (Entered: 09/16/2015) |
| 2420 | 9/16/15 | **Judgment for Michael E. Deeba Against Lew McGinnis. BKOB # 15-062** Signed by Judge DANA L. RASURE. Time signed: 14:26 cc: Attorneys Service by NEF Date: 9/16/2015 (Sewell, Sheila) (Entered: 09/16/2015) |
| 2421 | 9/17/15 | Order Granting Motion/Application For Compensation (Related Doc # 2175) for Bellingham & Loyd, P.C., fees awarded: $24630.00, expenses awarded: $1115.74 Signed by Judge Dana L. Rasure. cc: attorneys Service by J. Thompson Date: 09/17/2015 (jtho) (Entered: 09/17/2015) |
| 2426 | 9/22/15 | Appeal for BAP. Fee Amount $293 Filed by Interested Parties Lew S. McGinnis, Jennifer Price (RE: related document(s)2409 Order on Motion to Strike Document). with Certificate of Service Transmittal Due 09/23/2015. (Lindauer, Joyce) (Entered: 09/22/2015) |
| 2428 | 9/22/15 | Appeal for BAP. Fee Amount $293 Filed by Interested Party Jennifer Price (RE: related document(s)2411 Judgment). with Certificate of Service Transmittal Due 09/23/2015. (Lindauer, Joyce) (Entered: 09/22/2015) |
| 2429 | 9/22/15 | Appeal for BAP. Fee Amount $293 Filed by Interested Party Jennifer Price (RE: related document(s)2412 Judgment). with Certificate of Service Transmittal Due 09/23/2015. (Lindauer, Joyce) (Entered: 09/22/2015) |
| 2430 | 9/22/15 | Appeal for BAP. Fee Amount $293 Filed by Interested Party Jennifer Price (RE: related document(s)2413 Judgment). with Certificate of Service Transmittal Due 09/23/2015. (Lindauer, Joyce) (Entered: 09/22/2015) |

| Docket No. | Date Filed | Description |
| --- | --- | --- |
| 2431 | 9/22/15 | Appeal for BAP. Fee Amount $293 Filed by Interested Party Lew S. McGinnis (RE: related document(s)2418 Order). with Certificate of Service Transmittal Due 09/23/2015. (Lindauer, Joyce) (Entered: 09/22/2015) |
| 2432 | 9/22/15 | Appeal for BAP. Fee Amount $293 Filed by Interested Party Lew S. McGinnis (RE: related document(s)2419 Judgment). with Certificate of Service Transmittal Due 09/23/2015. (Lindauer, Joyce) (Entered: 09/22/2015) |
| 2433 | 9/22/15 | Appeal for BAP. Fee Amount $293 Filed by Interested Party Lew S. McGinnis (RE: related document(s)2420 Judgment). with Certificate of Service Transmittal Due 09/23/2015. (Lindauer, Joyce) (Entered: 09/22/2015) |
| 2434 | 9/22/15 | Appeal for BAP. Fee Amount $293 Filed by Interested Parties Lew S. McGinnis, Jennifer Price (RE: related document(s)2421 Order on Motion/Application for Compensation). With Certificate of Service Transmittal Due 09/23/2015. (Lindauer, Joyce) (Entered: 09/22/2015) |
| 2435 | 9/23/15 | Notice of Appeal to BAP Fee Amount $5 Filed by Interested Parties Lew S. McGinnis, Jennifer Price (RE: related document(s)2409 Order on Motion to Strike Document). with Certificate of Service Transmittal Due 09/24/2015. (Lindauer, Joyce) (Entered: 09/23/2015) |
| 2436 | 9/23/15 | Notice of Appeal to BAP Fee Amount $5 Filed by Interested Party Jennifer Price (RE: related document(s)2411 Judgment). with Certificate of Service Transmittal Due 09/24/2015. (Lindauer, Joyce) (Entered: 09/23/2015) |
| 2437 | 9/23/15 | Notice of Appeal to BAP Fee Amount $5 Filed by Interested Party Jennifer Price (RE: related document(s)2412 Judgment). with Certificate of Service Transmittal Due 09/24/2015. (Lindauer, Joyce) (Entered: 09/23/2015) |
| 2438 | 9/23/15 | Notice of Appeal to BAP Fee Amount $5 Filed by Interested Party Jennifer Price (RE: related document(s)2413 Judgment). with Certificate of Service Transmittal Due 09/24/2015. (Lindauer, Joyce) (Entered: 09/23/2015) |
| 2439 | 9/23/15 | Notice of Appeal to BAP Fee Amount $5 Filed by Interested Party Lew S. McGinnis (RE: related document(s)2418 Order). with Certificate of Service Transmittal Due 09/24/2015. (Lindauer, Joyce) (Entered: 09/23/2015) |
| 2440 | 9/23/15 | Notice of Appeal to BAP Fee Amount $5 Filed by Interested Party Lew S. McGinnis (RE: related document(s)2419 Judgment). with Certificate of Service Transmittal Due 09/24/2015. (Lindauer, Joyce) (Entered: 09/23/2015) |
| 2441 | 9/23/15 | Notice of Appeal to BAP Fee Amount $5 Filed by Interested Party Lew S. McGinnis (RE: related document(s)2420 Judgment). with Certificate of Service Transmittal Due 09/24/2015. (Lindauer, Joyce) (Entered: 09/23/2015) |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2442 | 9/23/15 | Notice of Appeal to BAP Fee Amount $5 Filed by Interested Parties Lew S. McGinnis, Jennifer Price (RE: related document(s)2421 Order on Motion/Application for Compensation). With Certificate of Service Transmittal Due 09/24/2015. (Lindauer, Joyce) (Entered: 09/23/2015) |

DATED: October 6, 2015.

                                                Respectfully submitted,

                                                */s/ Joyce W. Lindauer*
                                                Joyce W. Lindauer
                                                Texas State Bar No. 21555700
                                                12720 Hillcrest Road, Suite 625
                                                Dallas, Texas 75230
                                                Telephone: (972) 503-4033
                                                Facsimile: (972) 503-4034
                                                Email: joyce@joycelindauer.com


                                                */s/ Tina L. Izadi*
                                                Tina L. Izadi, OBA #17978
                                                Attorney for Plaintiff
                                                Employers Legal Resource Center
                                                6307 Waterford Blvd., Suite 250
                                                Oklahoma City, OK 73118
                                                Telephone: 405-702-9797
                                                Facsimile: 405-576-3956
                                                Email: tizadi@okemployerlaw.com

                                                ATTORNEYS FOR JENNIFER PRICE
                                                AND LEW MCGINNIS

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 6, 2015, a true and correct copy of the foregoing Notice of Appeal was served via email pursuant to the Court's ECF system upon those parties receiving electronic notice in this case and via United States first class mail, postage prepaid, upon the parties listed below.

Jennifer Price
P.O. Box 22546
Oklahoma City, OK 73123

Lew McGinnis
P.O. Box 22546
Oklahoma City, OK 73123

Michael E. Deeba
P.O. Box 2895
Oklahoma City, OK 73101

Judy Hamilton Morse
Crowe & Dunlevy, P.C.
324 N. Robinson, Suite 100
Oklahoma City, OK 73102

                                              */s/ Joyce W. Lindauer*
                                              Joyce W. Lindauer

*File with the Bankruptcy Court*
*Note: Attach proof of service on all parties.  Fed. R. Bankr.  P. 8011(d)(1)(B).*