IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                              )
                                    )
MACCO PROPERTIES, INC.,             )          Case No. 10-16682-R
                                    )
                                    )
            Debtors.                )          Chapter 7
                                    )

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Dated this 10th day of July, 2017.

**Respectfully submitted
(but not prepared by):**

*s/ Lysbeth George*
Judy Hamilton Morse, OBA #6098
judy.morse@crowedunlevy.com
Lysbeth George, OBA #30562
lysbeth.george@crowedunlevy.com
CROWE & DUNLEVY, P.C.
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 272-5242   Facsimile
ATTORNEY FOR MICHAEL E.
DEEBA CHAPTER 7 TRUSTEE

**Prepared By:**

*s/ Michael E. Deeba, Trustee*
Michael E. Deeba, Trustee
119 N. Robinson, Suite 250
Oklahoma City, OK  73102
Telephone:  (405) 232-7800
Facsimile:  (405) 232-7801
mike.d@medeeba.com

## UNITED STATES BANKRUPTCY COURT
FOR THE WEST DISTRICT OF  OKLAHOMA

In re:   MACCO PROPERTIES, INC.,               §      Case No.   10-16682-R
                                                §
                                                §              Chapter 7
                                                §
                    Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND
### APPLICATION TO BE DISCHARGED (TDR)

    Michael E. Deeba                               , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:                      $0.00
*(without deducting any secured claims)*

Total Distributions to Claimants:        $562,463.98      Claims Discharged
                                                         Without Payment:                 $0.00

Total Expenses of Administration:        $1,395,286.04

    3)  Total gross receipts of          $1,957,750.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of           $0.00 (see **Exhibit 2** ), yielded net receipts of          $1,957,750.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $806,504.71 | $806,504.71 | $806,504.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $1,060,691.18 | $588,781.33 | $588,781.33 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $572,852.54 | $562,971.81 | $562,463.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,440,048.43 | $1,958,203.85 | $1,957,750.02 |

4) This case was originally filed under chapter 11 on 11/10/2010 & was converted to chapter 7 on 12/16/2013. The case was pending for 79 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By: _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Account - BOK Chapter 11 Bank Account | 1290-000 | $1,197,022.37 |
| Bank Account BancFirst Chapter 11 bank accounts | 1290-000 | $760,727.65 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $1,957,750.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael E. Deeba | 2100-000 | N/A | $48,127.75 | $48,127.75 | $48,127.75 |
| Michael E. Deeba | 2200-000 | N/A | $0.00 | $0.00 | $0.00 |
| International Sureties, Ltd. | 2300-000 | N/A | $13,800.00 | $13,800.00 | $13,800.00 |
| First National Bank - Vinita | 2600-000 | N/A | $386.60 | $386.60 | $386.60 |
| Kansas Secretary of State | 2990-000 | N/A | $175.00 | $175.00 | $175.00 |
| McGinnis and Price | 2990-000 | N/A | $350,000.00 | $350,000.00 | $350,000.00 |
| Crowe & Dunlevy | 3110-000 | N/A | $205,229.50 | $205,229.50 | $205,229.50 |
| Ruston Welch | 3110-000 | N/A | $77,500.00 | $77,500.00 | $77,500.00 |
| Bellingham & Loyd | 3110-000 | N/A | $25,745.74 | $25,745.74 | $25,745.74 |
| Crowe & Dunlevy | 3120-000 | N/A | $12,562.37 | $12,562.37 | $12,562.37 |
| Schmidt and Associates, LLC | 3410-000 | N/A | $33,695.00 | $33,695.00 | $33,695.00 |
| Schmidt and Associates, LLC | 3420-000 | N/A | $989.25 | $989.25 | $989.25 |
| MED PLLC | 3731-000 | N/A | $34,723.50 | $34,723.50 | $34,723.50 |
| Adjusters International Colorado, Inc. | 3991-000 | N/A | $3,440.00 | $3,440.00 | $3,440.00 |
| Kansas Secretary of State | 2990-000 | N/A | $90.00 | $90.00 | $90.00 |
| Oklahoma Secretary of State | 2990-000 | N/A | $25.00 | $25.00 | $25.00 |
| BancFirst | 2600-000 | N/A | $15.00 | $15.00 | $15.00 |
|  |  |  |  |  |  |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | N/A | $806,504.17 | $806,504.17 | $806,504.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael E. Deeba, Chapter 11 Trustee | 6101-000 | N/A | $788,387.22 | $364,775.80 | $364,775.80 |
| Bellingham & Loyd | 6210-000 | N/A | $218,550.00 | $180,671.37 | $180,671.37 |
| Bellingham & Loyd | 6220-000 | N/A | $4,328.63 | $4,328.63 | $4,328.63 |
| MED PLLC | 6310-000 | N/A | $20,327.97 | $9,908.17 | $9,908.17 |
| MED PLLC | 6320-000 | N/A | $20,028.36 | $20,028.36 | $20,028.36 |

| | | | | | |
|---|---|---|---|---|---|
| Schmidt and Associates, LLC | N/A | $6,069.00 | $6,069.00 | $6,069.00 |
| Crowe & Dunlevy Trust Acct. | N/A | $3,000.00 | $3,000.00 | $3,000.00 |
| | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $1,060,691.18 | $588,781.33 | $588,781.33 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Jackie L. Hill, Jr | 7100-000 | $0.00 | $780.00 | $780.00 | $780.00 |
| 42 | Fidelity Management | 7100-000 | $0.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| 11 | Oklahoma Publishing Company | 7100-000 | $0.00 | $11,213.82 | $11,213.82 | $11,213.82 |
| 16 | Internal Revenue Service | 7100-000 | $0.00 | $1,750.51 | $1,750.51 | $1,750.51 |
| 20 | Varner Enterprises, LLC | 7100-000 | $0.00 | $5,172.66 | $5,172.66 | $5,172.66 |
| 29 | FedEx Tech Connect Inc | 7100-000 | $0.00 | $821.36 | $821.36 | $821.36 |
| 31 | OG&E Electric Services | 7100-000 | $0.00 | $16,787.68 | $16,787.68 | $16,787.68 |
| 33 | Comp Source of Oklahoma | 7100-000 | $0.00 | $1,652.71 | $1,652.71 | $1,652.71 |
| 35 | Cobblestone Apartments of Tulsa, LLC | 7100-000 | $0.00 | $400,000.00 | $400,000.00 | $400,000.00 |
| 38 | PTN Texas-Property Tax Network of Texas | 7100-000 | $0.00 | $3,415.54 | $3,415.54 | $3,415.54 |
| 39 | PTN Texas-Property Tax Network of Texas | 7100-000 | $0.00 | $2,106.45 | $2,096.45 | $2,096.45 |
| 4 | Price Geneva | 7100-000 | $0.00 | $55,000.00 | $49,500.00 | $49,500.00 |
| 43 | Westar Energy | 7100-000 | $0.00 | $571.05 | $571.05 | $571.05 |
| 44 | Westar Energy | 7100-000 | $0.00 | $778.58 | $778.58 | $778.58 |
| 6 | City of Oklahoma City Water Dept | 7100-000 | $0.00 | $4,538.31 | $4,538.31 | $4,084.48 |
| 9 | Citybank NA | 7100-000 | $0.00 | $14,877.73 | $14,877.73 | $14,877.73 |
| 67 | Kazlow & Fields | 7100-000 | $0.00 | $5,985.00 | $5,985.00 | $5,985.00 |
| 51 | Lew McGinnis | 7100-000 | $0.00 | $44,247.31 | $39,822.58 | $39,822.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | US Bankruptcy Court Clerk | 7100-000 | $0.00 | $453.83 | $453.83 | $453.83 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | $572,852.54 | $562,917.81 | $562,463.98 |

UST Form 101-7-TDR (10/1/2010)

Page 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit 8**

| Case No: | 10-16682 NLJ | Judge: Dana L. Rasure | Trustee Name: | Michael E. Deeba |
|---|---|---|---|---|
| Case Name: | MACCO PROPERTIES, INC. | | Date Filed (f) or Converted (c): | 12/16/13 (c) |
| | | | 341(a) Meeting Date: | 1/13/2014 |
| For Period Ending: | 03/21/2017 | | Claims Bar Date: | 11/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition / Unscheduled Values | Estimated Net Value (Value Determined by Trustee, less Liens, Exemptions, and Other Costs) | Property Formerly Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT -BOK (u) Formally the CHAPTER 11 DIP Holding Account at Bank of Oklahoma. Funds remaining in the account were derived from liquidation of assets and operation of the Chapter 11 Debtor. | - | 865,455.52 | | 865,455.52 | FA |
| 2. BANK ACCOUNT· BANCFIRST (u) Formally the Chapter 11 DIP Operating Account at BancFirst. Funds remaining in the account were derived from liquidation of assets and operation of the Chapter 11 Debtor. | | 730,837.61 | | 730,837.61 | FA |
| 3. ADVERSARY - FIRST SPECIALTY (u) Chapter 11 Trustee filed Adversary against First Specialty Insurance Corp for violation of the Automatic Stay as a result of First Specialty filing a Declaratory Judgment Action against Macco in the Supreme Court, State of New York. | - | Unknown | | - | Unknown |
| 4. FED CT LITIGATION - FIRST SPECIALTY (u) CHAPTER 11 TRUSTEE FILED A LAWSUIT AGAINST FIRST SPECIALTY INSURANCE CORPORATION FOR BREACH OF CONTRACT AND BAD FAITH IN ITS DEALINGS WITH THE ESTATE TO RECOVER FOR DAMAGES CAUSED TO THE BROOKS APARTMENTS AS A RESULT OF A TORNADO. THE LITIGATION HAS BEEN REMOVED TO FEDERAL COURT. | - | Unknown | | - | Unknown |
| 5. ADVERSARY PROCEEDINGS - VARIOUS (u) DURING THE COURSE OF TIIE CHAPTER 11 PROCEEDING, THE TRUSTEE FILED VARIOUS ADVERSARIES AGAINST THE PRINCIPALS OF MACCO AND THEIR RELATED ENTITIES TO RECOVER PRE- AND POST-PETITION UNAUTHORIZED PAYMENTS. PURSUANT TO THE AGREED ORDER FOR CONVERSION OF THE CASE TO CHAPTER 7, THESE ADVERSARIES ARE TO BE DISMISSED WITH PREJUDICE AND AS SUCH TRUSTEE HAS VALUED SAME AT ZERO. | - | - | | 18,000.00 | - |
| 6. VOID(u) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit 8**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 10-16682 NLJ | Judge: Dana L. Rasure | Trustee Name: | Michael E. Deeba | |
| Case Name: | MACCO PROPERTIES, INC. | | Date Filed (f) or Converted (c): | 12/16/13 (c) | |
| | | | 341(a) Meeting Date: | 1/13/2014 | |
| For Period Ending: | 03/21/2017 | | Claims Bar Date: | 11/30/2011 | |

| | | | | | |
|---|---|---|---|---|---|
| 7. Settlement and Compromise Controversy with Management Companies on motion for disgorgement of fees in the Macco Bankruptcy Case at [ECF 2125]; Order dated 08/03/2016 [ECF 2600]. | | | | 140,000.00 | |
| 8. Transfer of Twin Lakes (2011) bank account balance | | | | 6,305.35 | |
| 9. NV Brooks Bankruptcy Estate - Distribution of Claim 13 | | | | 151,188.21 | |
| 10. Cedar Lake Insurance Loss Proceeds Settlement Proceeds per Court Order - [ECF 2632] | | | | 43,000.00 | |
| 6. VOID(u) | Unknown | - | | | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,963.33 | Unknown |

Gross Value of Remaning Assets

TOTALS (Excluding Unknown Values)    -    1,596,293.13    1,957,750.02    -

(Total Dollar Amount
in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AGREED ORDER CONVERTING CASE TO CHAPTER 7 FROM CHAPTER 11 WAS ENTERED ON 12-I6-13. CASE WAS CONVERTED AS ALL TANGIBLE ASSETS OF THE DEBTOR WERE LIQUIDATED IN THE CHAPTER 11 PROCEEDING AND THE IT WAS DETERMINED TO BE MORE EFFECIENT TO COMPLETE THE ADMINISTRATION OF THIS CASE AND THE COMPANION CASE OF NV BROOKS APARTMENTS, LLC THROUGH AN ORDERLY CHAPTER 7 ADMINISTRATION.

12/18/13 - THE PRIOR CHAPTER 11 TRUSTEE, MICHAEL E. DEEBA, IS APPOINTED THE CHAPTER 7 TRUSTEE TO COMPLETE THE ADMINISTRATION OF THIS CASE.

12/19/13 - APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY FOR TRUSTEE FILED.

12/19/13 - MOTION AUTHORIZING PAYMENT OF INTERIM DISTRIBUTION TO ALLOWED UNSECURED CREDITORS FILED.

12/19/13 - MOTION FOR ORDER ESTABLISHING BAR DATE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS FILED.

12/20/13 - APPLICATION FOR APPROVAL OF MEDPLLC AS ACCOUNTANT FOR THE TRUSTEE IN MACCO AND BROOKS FILED.

01/03/14 - ORDER ENTERED SETTING BAR DATE FOR FILING ALL ADMINISTRATIVE CLAIMS FOR SERVICES PROVIDED DURING THE PENDANCY OF THE CHAPTER 11 PROCEEDINGS IN MACCO AND BROOKS. BAR DATE IS 1-31-14.

01/08/14 - ORDER ENTERED APPROVING EMPLOYMENT OF ATTORNEY FOR THE CHAPTER 7 TRUSTEE.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 10-16682 NLJ   Judge: Dana L. Rasure | |

| | |
|---|---|
| Trustee Name: | Michael E. Deeba |

Case Name:   MACCO PROPERTIES, INC.

Date Filed (f) or Converted (c):   12/16/13 (c)
341(a) Meeting Date:   1/13/2014

For Period Ending:   03/21/2017

Claims Bar Date:   11/30/2011

01/08/14 - ORDER ENTERED APPROVING EMPLOYMENT OF ACCOUNTANT FOR CHAPTER 7 TRUSTEE.

01/08/14 - FINAL APPLICATION FOR APPROVAL OF FEES AND EXPENSES FOR ATTORNEY FOR CHAPTER 11 TRUSTEE AND NOTICE OF HEARING FILED.

01/09/14 - APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY FOR TRUSTEE IN NV BROOKS.

01/10/14 - ORDER APPROVING PAYMENT OF INITIAL DISTRIBUTION TO ALLOWED UNSECURED CREDITORS.

01/13/14 - DISTRIBUTION MADE TO ALLOWED UNSECURED CREDITORS.

01/14/14 - APPLICATION FILED FOR APPROVAL OF EMPLOYMENT OF SPECIAL COUNSEL TO REPRESENT THE ESTATE IN ACTION PENDING IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, STYLED MICHAEL E. DEEBA, TRUSTEE FOR MACCO PROPERTIES, INC. AND NV BROOKS APARTMENTS, LLC V. FIRST SPECIALTY INSURANCE CORPORATION.

01/24/14 - ORDER ENTERED APPROVING EMPLOYMENT OF ATTORNEY FOR TRUSTEE IN NV BROOKS.

01/27/14 - APPLICATION FOR FINAL FEES OF ACCOUNTANT FOR CHAPTER 11 TRUSTEE AND NOTICE OF HEARING FILED.

01/27/14 - APPLICATION FOR FINAL FEES FOR COUNSEL FOR THE UNSECURED CREDITOR'S COMMITTEE AND NOTICE OF HEARING FILED.

01/29/14 - OBJECTION TO FINAL FEE APPLICATION FOR COUNSEL FOR THE CHAPTER 11 TRUSTEE FILED BY PRICE.

01/30/14 - ORDER ENTERED APPROVING EMPLOYMENT OF SPECIAL COUNSEL FOR THE TRUSTEE.

01/30/14 - OBJECTION TO FINAL FEES OF COUNSEL FOR NV BROOKS, CHAPTER 11, FILED BY PRICE.

01/31/14 - FINAL APPLICATION FOR APPROVAL OF COMPENSATION FOR CHAPTER 11 TRUSTEE AND NOTICE OF HEARING FILED.

01/31/14 - FINAL APPLICATION FOR APPROVAL OF FEES FOR SPECIAL COUNSEL TO THE CHAPTER 11 TRUSTEE AND NOTICE OF HEARING FILED.

02/17/14 - OBJECTION TO FINAL FEE APPLICATION FOR ACCOUNTANT FOR CHAPTER 11 TRUSTEE FILED BY PRICE.

02/17/14 - OBJECTION TO FINAL FEE APPLICATION FOR COUNSEL FOR THE UNSECURED CREDITOR'S COMMITTEE FILED BY PRICE.

02/20/14 - OBJECTION TO FINAL FEE APPLICATION FOR CHAPTER 11 TRUSTEE FILED BY PRICE.

02/21/14 - OBJECTION TO FINAL FEE APPLICATION FOR SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE FILED BY PRICE.

03/04/14 -SUPPLEMENTAL INVOICE FILED BY COUNSEL FOR UNSECURED CREDITOR'S COMMITTEE.

COMMITTEE. SETTLEMENT CONFERENCE SET FOR 4-3-14.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit 8**

| | |
|---|---|
| Case No: | 10-16682 NLJ    Judge: Dana L. Rasure |
| Case Name: | MACCO PROPERTIES, INC. |
| | |
| For Period Ending: | 03/21/2017 |

| | |
|---|---|
| Trustee Name: | Michael E. Deeba |
| Date Filed (f) or Converted (c): | 12/16/13 (c) |
| 341(a) Meeting Date: | 1/13/2014 |
| Claims Bar Date: | 11/30/2011 |

03/06/14 - ORDER ENTERED SETTING SETTLEMENT CONFERENCE ON FINAL FEE APPLICATIONS OF COUNSEL FOR TRUSTEE, TRUSTEE, ACCOUNTANT FOR TRUSTEE AND COUNSEL FOR NV BROOKS. SETTLEMENT CONFERENCE SET FOR 4-14-14.

04/04/14 - ORDER ENTERED APPROVING FINAL FEES AND SUPPLEMENTAL INVOICE FOR COUNSEL FOR UNSECURED CREDITOR'S COMMITTEE.

04/09/14 - ORDER ENTERED APPROVING FINAL FEES FOR COUNSEL FOR NV BROOKS.

04/10/14 - SUPPLEMENTAL INVOICE FOR COUNSEL FOR CHAPTER 11 TRUSTEE FILED.

04/11/14 - SUPPLEMENTAL INVOICE FOR TRUSTEE AND ACCOUNTANT FOR TRUSTEE FILED.

04/14/14 - SETTLEMENT CONFERENCE HELD BEFORE JUDGE HALL ON FINAL FEE MOTIONS FOR TRUSTEE, ATTORNEY FOR TRUSTEE AND ACCOUNTANT FOR TRUSTEE. NO SETTLEMENT REACHED.

04/15/14 - MINUTE ORDER ENTERED BY COURT SETTING FINAL FEE MOTION OF TRUSTEE FOR EVIDENTIARY HEARING ON MAYS, 2014.

05/01/14 -MOTION TO WITHDRAWAL THE REFERENCE FILED BY PRICEIMCGINNIS.

05/02/14 - ORDER ENTERED CONTINUING HEARING ON MOTION FOR FINAL FEES OF TRUSTEE.

05/14/14 - OBJECTIONS FILED BY TRUSTEE AND AUST TO MOTION TO WITHDRAWAL THE REFERENCE.

06/03/14 - NOTICE OF HEARING ON MOTION TO WITHDRAWAL THE REFERENCE SET FOR JULY 11, 2014.

06/23/14 - MOTION FILED BY MCGINNIS AND PRICE TO ALLOW SUIT AGAINST MANAGEMENT COMPANIES.

06/25/14 - COURT ENTERS ORDER STRIKING HEARING ON MOTION FOR WITHDRAWAL OF REFERENCE.

06/26/14 - SUPPLEMENTAL OBJECTION TO MOTION FOR WITHDRAWAL OF REFERENCE SUBMITTED BY TRUSTEE IN LIGHT OF US SUPREME COURT DECISION IN BELLINGHAM CASE.

OBJECTIONS FILED BY MANAGMENT COMPANIES AND UNSECURED CREDITORS.

07/10/14 - AMENDED OBJECTION TO MOTION TO WITHDRAW REFERENCE FILED BY MANAGMENT COMPANY.

07/31/14 - ORDERS ENTERED STRIKING 4 PLEADINGS FILED BY MCGINNIS/PRICE.

08/04/14 - ADDITIONAL ORDERS ENTERED STRIKING 3 PLEADINGS FILED BY MCGINNIS/PRICE.

08/04/14 - SECOND AMENDED MOTION FOR BARTON DOCTRINE RELIEF, AMENDED MOTION TO STRIKE, AMENDED MOTION TO DISGORGE MANAGEMENT COMPANY FEES AND AMENDED MOTION FOR LEAVE TO FILE REPLY FILED BY MCGINNIS/PRICE.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit 8**

| | | | |
|---|---|---|---|
| Case No: | 10-16682 NLJ   Judge: Dana L. Rasure | Trustee Name:   Michael E. Deeba | |
| Case Name: | MACCO PROPERTIES, INC. | Date Filed (f) or Converted (c): | 12/16/13 (c) |
| | | 341(a) Meeting Date: | 1/13/2014 |
| For Period Ending: | 03/21/2017 | Claims Bar Date: | 11/30/2011 |

09/17/14 - ORDER ENTERED IN FEDERAL COURT DISMISSING LAWSUIT FILED BY PRICE AGAINST DEEBA ET AL.

09/19/14 - NOTICE OF HEARING SET ON FINAL APPLICATION FOR COMPENSATION OF COUNSEL FOR TRUSTEE.  HEARING SET FOR 11-3-14.

10/15/14 -MOTION FOR APPROVAL OF FEES FOR ATTORNEY FOR CHAPTER 7 TRUSTEE AND NOTICE OF HEARING FILED. HEARING SET 12-15-14.

10/15/14 - MOTION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTANT, ANDREW SCHMIDT, FOR TRUSTEE FILED.

10/29/14 - OBJECTION FILED TO FEE MOTION FOR ATTORNEY FOR CHAPTER 7 TRUSTEE.

10/30/14 - ORDER ENTERED APPROVING EMPLOYMENT OF ACCOUNTANT, ANDREW SCHMIDT, FOR TRUSTEE.

BE WITHDRAWN.

11/03/14 - NOTICES OF APPEALS FILED BY PRICE/MCGINNIS.

11/03/14 - TRIAL COMMENCED ON FINAL FEE APPLICATION FOR ATTORNEY FOR CHAPTER 11 TRUSTEE AND CONTINUES THROUGH 11-7-14. TRIAL TO CONTINUE TO WEEK OF DECEMBER 15,2014. ALL APPEALS TRANSFERRED TO DISTRICT COURT.

11/17/14 - ORDER OF RECUSAL AND REASSIGNMENT OF CONTESTED MATTERS TO JUDGE RASURE FILED.

11/20/14 - APPLICATION TO EMPLOY COUNSEL FOR TRUSTEE FILED.

11/21/14 - ORDER ENTERED APPROVING EMPLOYMENT OF COUNSEL FOR TRUSTEE.

11/21/14 - ORDER ENTERED SETTING HEARING BEFORE JUDGE RASURE ON FEE HEARINGS FOR TRUSTEE, MEDPLLC AND COUNSEL FOR TRUSTEE.

11/26/14 - MOTION TO RECONSIDER ORDER DENYING WITHDRAWAL OF THE REFERENCE FILED BY PRICE.

12/02/14 - MOTION TO RECONSIDER ORDER APPROVING EMPLOYMENT OF COUNSEL FOR TRUSTEE.

12/04/14 - ORDER TO RESCHEDULE HEARING ON FEES. HEARING TO COMMENCE 1-20-15.

12/09/14 - OBJECTIONS FILED BY TRUSTEE AND UST TO PRICE MOTION TO RECONSIDER ORDER DENYING WITHRAWAL OF THE REFERENCE.

12/09/2014 - Application to Permit Attorney Bellingham & Loyd, P.C. to Withdraw as Attorney of Record for Trustee and Order Granting Motion

12/10/2014 - UST Objection to Motion to Reconsider Withdraw of Reference filed by Lew S. McGinnis and Jennifer Price

12/19/2014 - Application to Compensate for Andrew Schmidt, Accountant filed

12/23/2014 - Order Directing Clerk of Court to Transmit Request for Reconsideration Withdraw of Reference and Objections Thereto to District Court.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit 8**

| | | | |
|---|---|---|---|
| Case No: | 10-16682 NLJ    Judge: Dana L. Rasure | Trustee Name:    Michael E. Deeba | |
| Case Name: | MACCO PROPERTIES, INC. | Date Filed (f) or Converted (c): | 12/16/13 (c) |
| | | 341(a) Meeting Date: | 1/13/2014 |
| For Period Ending: | 03/21/2017 | Claims Bar Date: | 11/30/2011 |

12/29/2014 - Order Denying Motion to Reconsider Withdraw of Reference

01/02/2015 - Amended Affidavit with Certificate of Service Filed by Judy Hamilton Morse of Crowe & Dunlevy, P.C.

01/02/2015 - Several Certificate of Transmittal District Court of Appeals

01/05/2015 - Several Appeals filed; Order on Motion to Disgorge Fees;  Barton Doctrine Relief; Order Denying Motion to Allow Suite Against Receivership Services Corporation, The Martens Companies and Price Edwards & Company

See Above in TFR and Docket for activities after 01/05/2015

This Court recently approved the Trustee's Motion to Compromise [Macco Dkt. No. 2587] which provided for the efficient and effective resolution of all outstanding contested issues and potential disputes among the parties.  See Order at Macco Dkt. No. 2604 (the "Global Settlement").

**Exhibit 9-1**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

| Case No: | 10-16682 | | Trustee Name: Michael E. Deeba |
|---|---|---|---|
| Case Name: | MACCO PROPERTIES, INC. | | Bank Name: First National Bank - Vinita |
| | | | Account Number / CD #: *******1011 Checking Account |
| Taxpayer ID No: | *******9777 | | |
| For Period End: | 3/21/2017 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): $2,300,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | - |
| | | | | | | | - |
| 1/8/2014 | | Transfer from #7240 | Transfer | 1290-000 | 517,158.84 | | 517,158.84 |
| 1/13/2014 | 3001 | Jackie L. Hill, Jr. | Payment of claim per Order 01/10/2014 | 7100-000 | | 702.00 | 516,456.84 |
| 1/13/2014 | 3002 | Oklahoma Publishing Company | Payment of claim per Order 01/10/2014 | 7100-000 | | 10,092.44 | 506,364.40 |
| 1/13/2014 | 3003 | Internal Revenue Service | Payment of claim per Order 01/10/2014 | 7100-000 | | 1,575.46 | 504,788.94 |
| 1/13/2014 | 3004 | Varner Enterprises, LLC | Payment of claim per Order 01/10/2014 | 7100-000 | | 4,655.39 | 500,133.55 |
| 1/13/2014 | 3005 | FedEx Tech Connect Inc | Payment of claim per Order 01/10/2014 | 7100-000 | | 739.22 | 499,394.33 |
| 1/13/2014 | 3006 | OG&E | Payment of claim per Order 01/10/2014 | 7100-000 | | 15,108.91 | 484,285.42 |
| 1/13/2014 | 3007 | Comp Source of Oklahoma | Payment of claim per Order 01/10/2014 | 7100-000 | | 1,487.44 | 482,797.98 |
| 1/13/2014 | 3008 | Cobblestone Apartments of Tulsa, LLC | Payment of claim per Order 01/10/2014 | 7100-000 | | 360,000.00 | 122,797.98 |
| 1/13/2014 | 3009 | PTN Texas-Property Tax | Payment of claim per Order 01/10/2014 | 7100-000 | | 3,073.99 | 119,723.99 |
| 1/13/2014 | 3010 | PTN Texas-Property Tax | Payment of claim per Order 01/10/2014 | 7100-000 | | 1,895.81 | 117,828.18 |
| 1/13/2014 | 3011 | Geneva Price | Payment of claim per Order 01/10/2014 | 7100-000 | | 49,500.00 | 68,328.18 |
| 1/13/2014 | 3012 | Fidelity Management | Payment of claim per Order 01/10/2014 | 7100-000 | | 2,430.00 | 65,898.18 |
| 1/13/2014 | 3013 | Westar Energy | Payment of claim per Order 01/10/2014 | 7100-000 | | 513.95 | 65,384.23 |
| 1/13/2014 | 3014 | Westar Energy | Payment of claim per Order 01/10/2014 | 7100-000 | | 700.72 | 64,683.51 |
| 1/13/2014 | 3015 | Conner & Winters, LLP | Payment of claim per Order 01/10/2014 | 7100-000 | | 39,822.58 | 24,860.93 |
| 1/13/2014 | 3016 | City of Oklahoma City | Payment of claim per Order 01/10/2014 | 7100-000 | | 4,084.48 | 20,776.45 |
| 1/13/2014 | 3017 | Travelers Insurance | Payment of claim per Order 01/10/2014 | 7100-000 | | 5,386.50 | 15,389.95 |
| 1/13/2014 | 3018 | Citybank NA | Payment of claim per Order 01/10/2014 | 7100-000 | | 13,389.95 | 2,000.00 |
| 2/7/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 76.60 | 1,923.40 |
| 3/7/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,913.40 |
| 3/14/2014 | | Transfer from #9629 | Transfer | 1290-000 | 4,600.00 | | 6,513.40 |
| 3/28/2014 | 3019 | International Surities | Trustees Bond #016042217 | 2300-000 | | 4,600.00 | 1,913.40 |
| 4/4/2014 | | Transfer from #9629 | Transfer | 1290-000 | 77,500.00 | | 79,413.40 |
| 4/4/2014 | | Welch Law Firm, P.C. | Fees per Order 04/04/2014 | 3110-000 | | 77,500.00 | 1,913.40 |
| 4/7/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,903.40 |
| 5/7/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,893.40 |
| 6/6/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,883.40 |
| 7/2/2014 | 3021 | Kansas Secretary of State | Annual Filing 04/01/2014, Entity No. 3710282 | 2990-000 | | 55.00 | 1,828.40 |
| 7/8/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,818.40 |
| 7/29/2014 | 3022 | Kansas Secretary of State | Reinstatement, Entity ID: 3710282 | 2990-000 | | 120.00 | 1,698.40 |
| 8/7/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,688.40 |
| 9/8/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,678.40 |
| 10/7/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,668.40 |

**Exhibit 9-1**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

Case No:          10-16682                                                           Trustee Name: Michael E. Deeba
Case Name:     MACCO PROPERTIES, INC.                                 Bank Name: First National Bank - Vinita
                                                                                           Account Number / CD #: *******1011 Checking Account
Taxpayer ID No:   *******9777
For Period End:        3/21/2017                                   Blanket Bond (per case limit):
                                                                         Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/7/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,658.40 |
| 12/5/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,648.40 |
| 1/8/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,638.40 |
| 2/6/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,628.40 |
| 3/6/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,618.40 |
| 4/7/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,608.40 |
| 5/7/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,598.40 |
| 6/5/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,588.40 |
| 7/7/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,578.40 |
| 8/7/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,568.40 |
| 9/8/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,558.40 |
| 10/7/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,548.40 |
| 11/6/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,538.40 |
| 12/7/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,528.40 |
| 1/8/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,518.40 |
| 2/5/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,508.40 |
| 3/5/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,498.40 |
| 4/5/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,488.40 |
| 5/5/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,478.40 |
| 6/5/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,468.40 |
| 7/29/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,458.40 |
| 8/31/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,448.40 |
| 9/8/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | 10.00 | 1,438.40 |
| 9/28/2016 | | Bank of Oklahoma - Transfer - #9629 | Transfer of Proceeds to Close Account | 1290-000 | 1,099,443.09 | | 1,100,881.49 |
| 9/28/2016 | | BancFirst Transfer | Transfer of Proceeds to Close Account | 1290-000 | 214,903.35 | | 1,315,784.84 |
| 10/26/2016 | 3023 | Michael E. Deeba | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 48,127.75 | 1,267,657.09 |
| 10/26/2016 | 3024 | McGinnis and Price | Final distribution representing a payment of 100.00 % per court order. | 2990-000 | | 350,000.00 | 917,657.09 |
| 10/26/2016 | 3025 | Crowe & Dunlevy | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | 205,229.50 | 712,427.59 |
| 10/26/2016 | 3026 | Crowe & Dunlevy | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | 12,562.37 | 699,865.22 |
| 10/26/2016 | 3027 | Schmidt and Associates, LLC | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | 33,695.00 | 666,170.22 |
| 10/26/2016 | 3028 | Schmidt and Associates, LLC | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | 989.25 | 665,180.97 |

**Exhibit 9-1**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2

Case No:          10-16682                                          Trustee Name: Michael E. Deeba
Case Name:        MACCO PROPERTIES, INC.                            Bank Name: First National Bank - Vinita
                                                                   Account Number / CD #: *******1011 Checking Account
Taxpayer ID No:   *******9777
For Period End:      3/21/2017                     Blanket Bond (per case limit):
                                                   Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/2016 | 3029 | MED PLLC | Final distribution representing a payment of 100.00 % per court order. | 3731-000 | | 34,723.50 | 630,457.47 |
| 10/26/2016 | 3030 | Adjusters International Colorado, Inc. | Final distribution representing a payment of 100.00 % per court order. | 3991-000 | | 3,440.00 | 627,017.47 |
| 10/26/2016 | 3031 | Michael E. Deeba, Chapter 11 Trustee | Final distribution representing a payment of 100.00 % per court order. | 6101-000 | | 40,000.00 | 587,017.47 |
| 10/26/2016 | 3032 | Michael E. Deeba, Chapter 11 Trustee | Final distribution representing a payment of 100.00 % per court order. | 6101-000 | | 324,775.80 | 262,241.67 |
| 10/26/2016 | 3033 | Bellingham & Loyd | Final distribution representing a payment of 100.00 % per court order. | 6210-000 | | 180,671.37 | 81,570.30 |
| 10/26/2016 | 3034 | Bellingham & Loyd | Final distribution representing a payment of 100.00 % per court order. | 6220-000 | | 4,328.63 | 77,241.67 |
| 10/26/2016 | 3035 | MED PLLC | Final distribution representing a payment of 100.00 % per court order. | 6310-000 | | 9,908.17 | 67,333.50 |
| 10/26/2016 | 3036 | MED PLLC | Final distribution representing a payment of 100.00 % per court order. | 6320-000 | | 20,028.36 | 47,305.14 |
| 10/26/2016 | 3037 | Fidelity Management 100 E English, Ste 500 Wichita, KS 67202 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | 78.00 | 47,227.14 |
| 10/26/2016 | 3038 | City Of Oklahoma City Water Dept PO Box 26570 Oklahoma City, OK 73126-0570 | Final distribution  to claim 6 representing a payment of 100.00 % per court order. | 7100-000 | | 453.83 | 46,773.31 |
| 10/26/2016 | 3039 | Citibank NA 701 E 60th St North Sioux Falls SD 57117 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 7100-000 | | 1,487.78 | 45,285.53 |
| 10/26/2016 | 3040 | Oklahoma Publishing Company PO Box 25125 Oklahoma City OK 73125 | Final distribution  to claim 11 representing a payment of 100.00 % per court order. | 7100-000 | | 1,121.38 | 44,164.15 |
| 10/26/2016 | 3041 | Internal Revenue Service PO Box 21126 Philadelphia PA 19114 | Final distribution  to claim 16 representing a payment of 100.00 % per court order. | 7100-000 | | 175.05 | 43,989.10 |
| 10/26/2016 | 3042 | Varner Enterprises, LLC dlbla Budget Flag & Banner 310 N. Rockwell Avenue Oklahoma City, OK 73127 | Final distribution  to claim 20 representing a payment of 100.00 % per court order. | 7100-000 | | 517.27 | 43,471.83 |
| 10/26/2016 | 3043 | FedEx Tech Connect Inc As Assignee of FedEx ExpresslGround Attn: Revenue RecoverylBankruptcy 3965 Airways Blvd, Module G, 3rd Floor Memphis, Tennessee 38116 | Final distribution to claim 29 representing a payment of 100.00 % per court order. | 7100-000 | | 82.14 | 43,389.69 |

UST Form 101-7-TDR (10/1/2010)
EX 9 - 3 of 12

**Exhibit 9-1**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2

| Case No: | 10-16682 | | Trustee Name: Michael E. Deeba |
|---|---|---|---|
| Case Name: | MACCO PROPERTIES, INC. | | Bank Name: First National Bank - Vinita |
| | | | Account Number / CD #: *******1011 Checking Account |
| Taxpayer ID No: | *******9777 | | |
| For Period End: | 3/21/2017 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): $2,300,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/2016 | 3044 | OG&E Electric Services Attn Nate Kern MC-M223 PO Box 321 Oklahoma City OK 73101-0321 | Final distribution to claim 31 representing a payment of 100.00 % per court order. | 7100-000 | | 1,678.77 | 41,710.92 |
| 10/26/2016 | 3045 | CompSource OK do Rice and Reneau 1401 S Douglas Blvd Ste A Midwest City OK 73130 | Final distribution to claim 33 representing a payment of 100.00 % per court order. | 7100-000 | | 165.27 | 41,545.65 |
| 10/26/2016 | 3046 | Cobblestone Apartments of Tulsa, LLC do William R. Grimm Barrow & Grimm, P.C. 110 W. 7th St, Ste 900 Tulsa, OK 74119 | Final distribution to claim 35 representing a payment of 100.00 % per court order. | 7100-000 | | 40,000.00 | 1,545.65 |
| 10/26/2016 | 3047 | PTN Texas-Property Tax Network of Texas Gary Aguillard PO Box 568 Aledo TX 76008 | Final distribution to claim 38 representing a payment of 100.00 % per court order. | 7100-000 | | 341.55 | 1,204.10 |
| 10/26/2016 | 3048 | PTN Texas-Property Tax Network of Texas Gary Aguillard PO Box 568 Aledo TX 76008 | Final distribution to claim 39 representing a payment of 100.00 % per court order. | 7100-000 | | 200.64 | 1,003.46 |
| 10/26/2016 | 3049 | Fidelity Management 100 E English, Ste 500 Wichita, KS 67202 | Final distribution to claim 42 representing a payment of 100.00 % per court order. | 7100-000 | | 270.00 | 733.46 |
| 10/26/2016 | 3050 | Westar Energy attn Bankruptcy Team PO Box 208 Wichita KS 67201-0208 | Final distribution to claim 43 representing a payment of 100.00 % per court order. | 7100-000 | | 57.10 | 676.36 |
| 10/26/2016 | 3051 | Westar Energy attn Bankruptcy Team PO Box 208 Wichita KS 67201-0208 | Final distribution to claim 44 representing a payment of 100.00 % per court order. | 7100-000 | | 77.86 | 598.50 |
| 10/26/2016 | 3052 | Kazlow & Fields 8100 Sandpiper Circle Suite 204 Baltimore MD 21236 | Final distribution to claim 67 representing a payment of 100.00 % per court order. | 7100-000 | | 598.50 | - |
| 11/2/2016 | 3037 | Fidelity Management 100 E English, Ste 500 Wichita, KS 67202 | Final distribution to claim 1 representing a payment of 100.00 % per court order. Reversal | 7100-000 | | (78.00) | 78.00 |
| 11/3/2016 | 3053 | Jackie L. Hill, Jr | unsecured creditor | 7100-000 | | 78.00 | - |
| 1/25/2017 | 3038 | City Of Oklahoma City Water Dept PO Box 26570 Oklahoma City, OK 73126-0570 | Final distribution to claim 6 representing a payment of 100.00 % per court order. Reversal | 7100-000 | | (453.83) | 453.83 |
| 1/25/2017 | 3040 | Oklahoma Publishing Company PO Box 25125 Oklahoma City OK 73125 | Final distribution to claim 11 representing a payment of 100.00 % per court order. Reversal | 7100-000 | | (1,121.38) | 1,575.21 |

UST Form 101-7-TDR (10/1/2010)
EX 9 - 4 of 12

**Exhibit 9-1**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

Case No:      10-16682                                                      Trustee Name: Michael E. Deeba
Case Name:    MACCO PROPERTIES, INC.                                        Bank Name: First National Bank - Vinita
                                                                           Account Number / CD #: *******1011 Checking Account

Taxpayer ID No:  *******9777
For Period End:      3/21/2017                    Blanket Bond (per case limit):
                                                  Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | Check or | | | Uniform | | Account / CD |
| Transaction Date | Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
| 1/26/2017 | 3054 | US Bankruptcy Court Clerk 215 Dean A. McGee Oklahoma City, OK 73102 | FUNDS TO BE PAID TO COURT | 2700-000 | | 453.83 | 1,121.38 |
| 1/26/2017 | 3055 | Oklahoma Publishing Company PO Box 25125 Oklahoma City OK 73125 | unsecured creditor | 7100-000 | | 1,121.38 | - |
| | | | | | | | |
| | | | | | | | |
| | | Totals | | | 1,913,605.28 | 1,913,605.28 | - |
| | | | | | | | - |
| | | Proceeds | | | | | |
| | | Interest Income | | 1270-000 | - | | |
| | | Transfers | | 1290-000 | 1,913,605.28 | | |
| | | Disbursements | | | | 1,913,605.28 | |
| | | | | | 1,913,605.28 | 1,913,605.28 | |

**Exhibit 9-2**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

Case No:          10-16682                                                              Trustee Name: Michael E. Deeba
Case Name:     MACCO PROPERTIES, INC.                                     Bank Name: Bank of Oklahoma
                                                                                                  Account Number / CD #: *******9629 Checking Account ]Holding

Taxpayer ID No:  *******9777
For Period End:              3/21/2017                     Blanket Bond (per case limit):
                                                                       Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | - |
| | | | CH11 Bank account to CH7 Account | | 836,805.06 | | 836,805.06 |
| | | | | | | | 836,805.06 |
| 12/31/2013 | | Bank of Oklahoma | Interest Income | 1270-000 | 56.86 | | 836,861.92 |
| 1/8/2014 | Bank Transfer | Macco Properties, Inc. | Transfer | 1290-000 | 28,650.46 | | 865,512.38 |
| 1/31/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 58.37 | | 865,570.75 |
| 2/28/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 53.12 | | 865,623.87 |
| 3/14/2014 | 992 | Macco Properties, Inc.- CH7 Acct | For Bond #016042217 | 1290-000 | | 4,600.00 | 861,023.87 |
| 3/31/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 58.66 | | 861,082.53 |
| 4/4/2014 | 993 | Macco Properties, Inc.- CH7 Acct | Transfer - UCC Fees per Court Order #2109 and #2010 | 1290-000 | | 77,500.00 | 783,582.53 |
| 4/30/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 52.54 | | 783,635.07 |
| 5/31/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 53.24 | | 783,688.31 |
| 6/30/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 51.53 | | 783,739.84 |
| 7/31/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 53.25 | | 783,793.09 |
| 8/29/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 53.25 | | 783,846.34 |
| 9/30/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 51.54 | | 783,897.88 |
| 10/31/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 53.26 | | 783,951.14 |
| 11/28/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 51.55 | | 784,002.69 |
| 12/22/2014 | 511608379 | Oklahoma Secretary of State | Change of Registered Agent | 2990-000 | | 25.00 | 783,977.69 |
| 12/31/2014 | | Bank of Oklahoma | Interest Income | 1270-000 | 53.27 | | 784,030.96 |
| 1/30/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 53.27 | | 784,084.23 |
| 2/3/2015 | 511640037 | Schmidt And Associates, PC | Per Court Order #2362 dated 02/02/2015 | 3110-000 | | 6,069.00 | 778,015.23 |
| 2/27/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 47.77 | | 778,063.00 |
| 3/31/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 52.87 | | 778,115.87 |
| 4/9/2015 | 1000 | International Surities | CH 11 Bond #016042217; Case #BK-10-16682-NLJ | 2990-000 | | 4,600.00 | 773,515.87 |
| 4/30/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 51.05 | | 773,566.92 |
| 5/29/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 52.56 | | 773,619.48 |
| 6/4/2015 | 1001 | Kansas Secretary of State | FW 53-04; ID: 3710282; Macco Properties, Inc. | 2990-000 | | 35.00 | 773,584.48 |
| 6/4/2015 | 1002 | Kansas Secretary of State | AR 50; ID: 3710282; Macco Properties, Inc. | 2990-000 | | 55.00 | 773,529.48 |
| 6/30/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 50.86 | | 773,580.34 |
| 7/31/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 52.56 | | 773,632.90 |
| 8/31/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 52.56 | | 773,685.46 |
| 9/30/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 50.87 | | 773,736.33 |

Exhibit 9-2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

Case No:    10-16682

Case Name:    MACCO PROPERTIES, INC.

Taxpayer ID No:    *******9777

For Period End:    3/21/2017

Trustee Name: Michael E. Deeba

Bank Name: Bank of Oklahoma

Account Number / CD #: *******9629 Checking Account ]Holding

Blanket Bond (per case limit):

Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 52.57 | | 773,788.90 |
| 11/30/2015 | 1004 | Bellingham & Loyd, P.C. | Per Court Order 09/17/2015 Doc: 2421  (CH7) | 3110-000 | | 25,745.74 | 748,043.16 |
| 11/30/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 50.88 | | 748,094.04 |
| 12/31/2015 | | Bank of Oklahoma | Interest Income | 1270-000 | 51.00 | | 748,145.04 |
| 1/29/2016 | | Bank of Oklahoma | Interest Income | 1270-000 | 50.69 | | 748,195.73 |
| 2/11/2016 | 1005 | Crowe & Dunlevy Trust Acct. | J. Price Adversary #11-1099 Settlement | 3110-000 | | 3,000.00 | 745,195.73 |
| 2/29/2016 | | Bank of Oklahoma | Interest Income | 1270-000 | 47.33 | | 745,243.06 |
| 3/31/2016 | | Bank of Oklahoma | Interest Income | 1270-000 | 50.50 | | 745,293.56 |
| 4/19/2016 | 1006 | International Surities | Bond# 016042217 - 05/31/2016 - 05/31/2017 | 2300-000 | | 4,600.00 | 740,693.56 |
| 4/30/2016 | | Bank of Oklahoma | Interest Income | 1270-000 | 48.81 | | 740,742.37 |
| 5/17/2016 | 5068 | Jennifer Price (R) | Adversary Settlement | 1249-000 | 18,000.00 | | 758,742.37 |
| 5/31/2016 | | Bank of Oklahoma | Interest Income | 1270-000 | 50.74 | | 758,793.11 |
| 6/30/2016 | | Bank of Oklahoma | Interest Income | 1270-000 | 49.76 | | 758,842.87 |
| 7/31/2016 | | Bank of Oklahoma | Interest Income | 1270-000 | 51.42 | | 758,894.29 |
| 8/10/2016 | ACH | Twin Lakes -Macco | Transfer from Twin Lakes | 1121-000 | 6,305.35 | | 765,199.64 |
| 8/10/2016 | DN91760339 | Ace Property and Casualty Companies | Price Edwards Settlement Proceeds | 1249-000 | 30,000.00 | | 795,199.64 |
| 8/18/2016 | 2700 | Receivership Services Corporation | Settlement Proceeds from RSC | 1249-000 | 30,000.00 | | 825,199.64 |
| 8/18/2016 | 104898345 | CNA (Continental Casualty) | Settlement Proceeds from RSC | 1249-000 | 40,000.00 | | 865,199.64 |
| 8/18/2016 | 104898345 | CNA (Continental Casualty) | Settlement Proceeds from RSC | 1249-000 | 40,000.00 | | 905,199.64 |
| 8/31/2016 | | Bank of Oklahoma | Interest Income | 1270-000 | 55.24 | | 905,254.88 |
| 9/14/2016 | 3009 | NV Brooks BK Estate | Distribution of Claim 13 | 1221-000 | 151,188.21 | | 1,056,443.09 |
| 9/14/2016 | 103518 | First Specialty Insurance Corp. | Settlement Proceeds per Court Order - [ECF 2632] | 1249-000 | 43,000.00 | | 1,099,443.09 |
| 9/28/2016 | | First Bank Vinita | Transfer of Proceeds to Close Account | 1290-000 | | 1,099,443.09 | - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | 1,225,672.83 | 1,225,672.83 | - |

Exhibit 9-3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

Case No:           10-16682                                          Trustee Name: Michael E. Deeba
Case Name:     MACCO PROPERTIES, INC.                               Bank Name: BancFirst
                                                                    Account Number / CD #: *******1483 Checking Account

Taxpayer ID No:   *******9777
For Period End:              3/21/2017          Blanket Bond (per case limit):
                                               Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | - |
| | | | | | | | - |
| 8/17/2016 | Bank Transfer | BancFirst | Transfer | 1290-000 | 214,903.35 | | 214,903.35 |
| 9/28/2016 | | First Bank Vinita | Transfer of Proceeds to Close Account | 1290-000 | | 214,903.35 | - |
| | | | | | | | - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | **214,903.35** | **214,903.35** | - |

|  |  | Proceeds | | | |
|---|---|---|---|---|---|
| | | Interest Income | 1270-000 | - | |
| | | Transfers | 1290-000 | 214,903.35 | (214,903.35) |
| | | Disbursements | | | 214,903.35 |
| | | | | **214,903.35** | **-** |

**Exhibit 9-4**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2

Case No:         10-16682                                         Trustee Name: Michael E. Deeba
Case Name:    MACCO PROPERTIES, INC.                             Bank Name: BancFirst
                                                                 Account Number / CD #: *******7240 Savings Account Holding

Taxpayer ID No: *******9777
For Period End:        3/21/2017                Blanket Bond (per case limit):
                                               Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | - |
| | | | CH11 Bank account to CH7 Account | | 730,836.36 | | 730,836.36 |
| | | | | | | | 730,836.36 |
| | | | | | | | 730,836.36 |
| 12/31/2013 | | BancFirst | Interest Income | 1270-000 | 155.18 | | 730,991.54 |
| 1/8/2014 | Bank Transfer | Macco Properties, Inc.- CH7 Acct | Transfer | 1290-000 | | 517,158.84 | 213,832.70 |
| 1/8/2014 | Bank Transfer | BancFirst | Transfer From #8300 | 1290-000 | 2.14 | | 213,834.84 |
| 1/13/2014 | 992 | BancFirst | Wire Fee | | | 15.00 | 213,819.84 |
| 1/31/2014 | | BancFirst | Interest Income | 1270-000 | 87.91 | | 213,907.75 |
| 2/28/2014 | 993 | BancFirst | Interest Income | 1270-000 | 41.02 | | 213,948.77 |
| 3/31/2014 | | BancFirst | Interest Income | 1270-000 | 45.43 | | 213,994.20 |
| 4/30/2014 | | BancFirst | Interest Income | 1270-000 | 43.97 | | 214,038.17 |
| 5/31/2014 | | BancFirst | Interest Income | 1270-000 | 45.45 | | 214,083.62 |
| 6/30/2014 | | BancFirst | Interest Income | 1270-000 | 43.99 | | 214,127.61 |
| 7/31/2014 | | BancFirst | Interest Income | 1270-000 | 45.47 | | 214,173.08 |
| 8/29/2014 | | BancFirst | Interest Income | 1270-000 | 45.48 | | 214,218.56 |
| 9/30/2014 | | BancFirst | Interest Income | 1270-000 | 44.02 | | 214,262.58 |
| 10/31/2014 | | BancFirst | Interest Income | 1270-000 | 45.49 | | 214,308.07 |
| 11/28/2014 | 511608379 | BancFirst | Interest Income | 1270-000 | 44.04 | | 214,352.11 |
| 12/31/2014 | | BancFirst | Interest Income | 1270-000 | 27.31 | | 214,379.42 |
| 1/30/2015 | | BancFirst | Interest Income | 1270-000 | 27.31 | | 214,406.73 |
| 2/27/2015 | 511640037 | BancFirst | Interest Income | 1270-000 | 24.67 | | 214,431.40 |
| 3/31/2015 | | BancFirst | Interest Income | 1270-000 | 27.32 | | 214,458.72 |
| 4/30/2015 | | BancFirst | Interest Income | 1270-000 | 26.44 | | 214,485.16 |
| 5/29/2015 | 1000 | BancFirst | Interest Income | 1270-000 | 27.32 | | 214,512.48 |
| 6/30/2015 | | BancFirst | Interest Income | 1270-000 | 26.45 | | 214,538.93 |
| 7/31/2015 | | BancFirst | Interest Income | 1270-000 | 27.33 | | 214,566.26 |
| 8/31/2015 | 1001 | BancFirst | Interest Income | 1270-000 | 27.34 | | 214,593.60 |
| 9/30/2015 | 1002 | BancFirst | Interest Income | 1270-000 | 26.46 | | 214,620.06 |
| 10/30/2015 | | BancFirst | Interest Income | 1270-000 | 27.34 | | 214,647.40 |
| 11/30/2015 | | BancFirst | Interest Income | 1270-000 | 26.46 | | 214,673.86 |
| 12/31/2015 | | BancFirst | Interest Income | 1270-000 | 27.35 | | 214,701.21 |
| 1/29/2016 | | BancFirst | Interest Income | 1270-000 | 27.35 | | 214,728.56 |

Exhibit 9-4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

Case No:     10-16682
Case Name:    MACCO PROPERTIES, INC.

Taxpayer ID No:  *******9777
For Period End:      3/21/2017

Trustee Name: Michael E. Deeba
Bank Name: BancFirst
Account Number / CD #: *******7240 Savings Account Holding

Blanket Bond (per case limit):
Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 2/29/2016 |  | BancFirst | Interest Income | 1270-000 | 25.59 |  | 214,754.15 |
| 3/31/2016 | 1004 | BancFirst | Interest Income | 1270-000 | 27.36 |  | 214,781.51 |
| 4/30/2016 |  | BancFirst | Interest Income | 1270-000 | 26.48 |  | 214,807.99 |
| 5/31/2016 |  | BancFirst | Interest Income | 1270-000 | 27.37 |  | 214,835.36 |
| 6/30/2016 |  | BancFirst | Interest Income | 1270-000 | 26.49 |  | 214,861.85 |
| 7/31/2016 | 1005 | BancFirst | Interest Income | 1270-000 | 27.37 |  | 214,889.22 |
| 8/17/2016 |  | BancFirst | Interest Income | 1270-000 | 14.13 |  | 214,903.35 |
| 8/17/2016 |  | BancFirst | Transfer to 4005191483 | 1290-000 |  | 214,903.35 | - |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | 732,077.19 | 732,077.19 | - |

Exhibit 9-5

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

Case No:          10-16682                                          Trustee Name: Michael E. Deeba
Case Name:    MACCO PROPERTIES, INC.                   Bank Name: BancFirst
                                                                          Account Number / CD #: *******8300 Checking Account - Escrow
Taxpayer ID No:  *******9777
For Period End:          3/21/2017              Blanket Bond (per case limit):
                                                          Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | |
| | | | CH11 Bank account to CH7 Account | | 1.25 | | 1.25 |
| | | | | | | | 1.25 |
| 12/31/2013 | | BancFirst | Interest Income | 1270-000 | 0.89 | | 2.14 |
| 1/8/2014 | Bank Transfer | Macco Properties, Inc. | Transfer | 1290-000 | | 2.14 | - |
| | | | | | | | |
| | | | | | 2.14 | 2.14 | - |

UST Form 101-7-TDR (10/1/2010)
EX 9 - 11 of 12

Exhibit 9-6

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD FORM 2**

Case No:          10-16682                                     Trustee Name: Michael E. Deeba
Case Name:     MACCO PROPERTIES, INC.                Bank Name: Bank of Oklahoma
                                                                      Account Number / CD #: *******4371 Checking Account

Taxpayer ID No:  *******9777
For Period End:          3/21/2017        Blanket Bond (per case limit):
                                                     Separate Bond (if applicable): $2,300,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | |
| | | | CH11 Bank account to CH7 Account | | 28,650.36 | | 28,650.36 |
| | | | | | | | 28,650.36 |
| 12/31/2013 | | Bank of Oklahoma | Bank Clearing Error | 1270-000 | 0.10 | | 28,650.46 |
| 1/8/2014 | Bank Transfer | Macco Properties, Inc. | Transfer | 1290-000 | | 28,650.46 | - |
| | | | | | | | |
| | | | | | 28,650.46 | 28,650.46 | - |